466 A.2d 711

Commonwealth v. Brown, Appellant.

Submitted May 19, 1983. Edward V. Schulgen, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, BROSKY and BECK, JJ.

Judgment of sentence affirmed.

466 A.2d 711

Commonwealth v. Claggett, Jr., Appellant.

Submitted March 23, 1983. James Lee Goldsmith, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., CIRILLO and HOFFMAN, JJ.

Order affirmed.